■ TRAVELSAVERS ENTERPRISES, INC., Doing Business as TRAVELSAVERS PARTNER SERVICES, Appellant, v ANALOG ANALYTICS, INC., et al., Respondents, et al., Defendant. [50 NYS3d 296]—In an action, inter alia, to recover damages for breach of contract, the plaintiff appeals from so much of an order of the Supreme Court, Nassau County (Driscoll, J.), entered July 22, 2014, as granted those branches of the motion of the defendants Analog Analytics, Inc., Barclays Bank Delaware, and Barclays, PLC, which were pursuant to CPLR 3211 (a) to dismiss the second, fourth, fifth, sixth, and seventh causes of action insofar as asserted against them, and to strike the plaintiff's demands for damages in excess of damages recoverable pursuant to a damages limitation clause in the contract, and granted the motion of the defendant Kenneth Kalb to dismiss the complaint insofar as asserted against him.

Ordered that the appeal is dismissed, without costs or disbursements.

The appeal from the order must be dismissed because the right of direct appeal therefrom terminated with the entry of judgment in the action (*see Matter of Aho*, 39 NY2d 241, 248 [1976]). The issues raised on the appeal from the order are brought up for review and have been considered on the companion appeal from the judgment (*see* CPLR 5501 [a] [1]; *Travelsavers Enters., Inc. v Analog Analytics, Inc.*, 149 AD3d 1003 [2017] [decided herewith]). Dillon, J.P., Sgroi, Hinds-Radix and Maltese, JJ., concur.